

LEAH JOHANNESSON
COUNSEL
Leah.Johannesson@roll.com

January 15, 2021

**VIA ECF**

Honorable Frederic Block
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    Status Report Letter - *Rodriguez v. Wonderful Pistachios & Almonds LLC*, Case No. 1:20-cv-03433-FB-RER

Dear Judge Block:

    Pursuant to the Court's Status Report Order (ECF entry at 12/15/2020), counsel for Wonderful Pistachios & Almonds LLC provides the following status report letter as to the parties' settlement: The parties have finalized a settlement agreement. Under the settlement agreement's terms, the parties anticipate that a stipulation of dismissal with prejudice will be filed shortly.

    Counsel for Plaintiff Angel Rodriguez has reviewed this letter and approved its filing.

                                                              Very truly yours,

                                                              */s/ Leah Johannesson*

                                                               Leah Johannesson

Roll Law Group | 11444 West Olympic Boulevard, Los Angeles, California 90064 | Telephone: (310) 966-8400 Fax: (310) 966-8810

{3159163}